JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| **Abdol Hossein Bassir,** | Case No.: CV 22-1595 MWF (MRWx) |
| Plaintiff, | **ORDER** |
| vs. | |
| **U.S. Citizenship and Immigration Service**, et al., | |
| Defendants. | |

## ORDER

Upon review of Plaintiff's Notice of Voluntary Dismissal, it is ORDERED that the above case is dismissed without prejudice.

Dated:  May 4, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge